CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg @ potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Sami Guedoir**, in his individual and representative capacity as Trustee--Sami & Nadia Guedoir 2005 Trust; <br> **Nadia Guedoir**, in her individual and representative capacity as Trustee--Sami & Nadia Guedoir 2005 Trust; <br> **Carthage Trading, Inc.**, a California Corporation, <br><br> Defendants | **Case:** 2:14-cv-00930-TLN-AC <br><br> **Plaintiff's Notice of and Motion for An Award of Attorney's Fees and Litigation Expenses** <br><br> Date:  January 12, 2017 <br> Time:  2:00 p.m. <br> Dept:  2 -15th floor <br><br> Hon. Judge Troy L. Nunley |

    To Defendants Sami Guedoir, Nadia Guedoir, Carthage Trading, Inc. and to their attorneys of record:

    Please take notice that on January 12, 2017 at 2:00 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Troy L. Nunely, located at 501 I Street, Sacramento, California, Plaintiff Scott Johnson will and hereby does move this Court to award his reasonable

1  attorney fees and litigation expenses in the amount of $18,075.50 pursuant
2  to 42 U.S.C. § 12205 and California Civil Code § 52(a).
3        This motion is made on the grounds that the plaintiff is the prevailing
4  party, having obtained judgment on his civil rights claims. This motion will be
5  based upon this Notice of Motion and Motion, the Memorandum of Points
6  and Authorities, the declarations and other exhibits, and all papers on file in
7  this case.

Dated: November 22, 2016     CENTER FOR DISABILITY ACCESS

                              By: /s/ Mark Potter              .
                                  Mark Potter, Esq.
                                  Attorneys for Plaintiff