# Invoice

**Paul L. Bishop, Architect**
**P.O. Box 1085**
**Solana Beach CA 92075**

| Date | Invoice # |
|---|---|
| 11/11/15 | 1 |

| Bill To: |
|---|
| Mr. Mark Potter |
| Potter Handy, LLP |
| PO Box 262490 |
| San Diego CA 92196-2490 |

| **Project:** | Johnson v. Guedoir |
|---|---|
| | 110 W. Yosemite Avenue, Manteca CA |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Services through 11 November 2015 | | | |
|     Site Inspection & report | 7.9 | $ 195.00 | $1,540.50 |
| **Total** | | | **$1,540.50** |