

# Real Rate Report® 2014

The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices




Datacert | TyMetrix









### REPORT EDITORS

Bradley Tingquist
Senior Director, CEB

David Moran
Director of Data Management and Analytics, Legal Analytics, Datacert | TyMetrix

### LEAD DATA ANALYSTS

Pavan Jagalur
Senior Analyst, CEB

Alec Kunkel
Analyst, CEB

Steve Vumback
Data Analyst, Legal Analytics, Datacert | TyMetrix

Beth Seefelt
Data Architect, Legal Analytics, Datacert | TyMetrix

### CONTRIBUTING ANALYSTS AND AUTHORS

Aaron Kotok
Senior Director, CEB

Zack Hutto
Associate Director, CEB

Bill Sowinski
Director, Decision Support Services, Legal Analytics, Datacert | TyMetrix

David Gorman
Director, Business Development, Legal Analytics, Datacert | TyMetrix

Patricia Nenninger
Director, Operations, Legal Analytics, Datacert | TyMetrix

### CONTENT PUBLISHING SOLUTIONS

Brittany Fritz
Varun Parashar
Christie J.E. Parrish
Cameron Pizarro
Contributing Designers, CEB

A. Kate MacDougall
Editor, CEB

Shweta Sharma
Graphic Designer, CEB

### EXECUTIVE SPONSORS

Brian Lee
Managing Director, CEB

Craig Raeburn
Vice President, Legal Analytics, Datacert I TyMetrix

Jim Tallman
General Manager, Datacert I TyMetrix

---

© 2014 CEB and Datacert | TyMetrix. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

| Datacert | TyMetrix, a Wolters Kluwer business | Or | CEB |
|---|---|---|
| 20 Church Street | | 1919 North Lynn Street |
| Hartford, CT 06103 | | Arlington, VA 22209 |
| United States | | United States |
| ATTN: Marketing | | ATTN: Marketing |
| +1-860-549-8795 | | +1-571-303-3000 |

LEGAL CAVEAT

CEB and Datacert | TyMetrix have worked to ensure the accuracy of the information in this report; however, CEB and Datacert | TyMetrix cannot guarantee the accuracy of the information or analyses in all cases. CEB and Datacert | TyMetrix are not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Neither CEB nor Datacert | TyMetrix is responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents

A Letter to Our Readers **v**
How to Use This Report **vi**
Executive Summary **vii**
A Note on Comparability of Data **viii–ix**
Chapter 1: Real Rate Trends **1**
- Lawyer Rate Increases Are Slowing (But Still Happening) 2
- Large Law Firms Continue to Drive Higher Rate Increases 3
- Changes in Lawyer Rates Are Consistent in Most Major US Markets 4
- Legal Departments Paying Higher Rates Overall 5
- First-Year Associate Use Continues to Decline 6
- Rates Paid for First-Year Associates Flatten 7
- What Matters Do First-Year Associates Work On? 8
- The Most Expensive Partners Still Have Limited Impact 9

Chapter 2: Drivers of Lawyer Rates **10**
- Unpacking the Drivers of Lawyer Rates 11
- Selecting Law Firms in Major US Markets 12–13
- Finding the Best Value: The Partner Premium 14–15
- Finding the Best Value: Using More Experienced Lawyers for Different Types of Work 16–21
- Identifying Practice Areas with the Highest Negotiation Potential 22–24
- Balancing Firm Selection with Industry Demands 25–26
- Putting It All Together: The Drivers of Lawyer Rates 27–28
- The Model for Lawyer Rates 29
- The Model at Work 30

Chapter 3: Managing the Total Cost of Matters **31**
- Managing Total Matter Costs in Addition to Price 32–33
- Monitoring Matter Duration 34–35
- Understanding the Impact of Matter Staffing on Total Fees 36
- Understanding Staffing Leverage 37–38
- Managing Matter Staffing by Practice Area: Staffing/Cost Benchmarking for Small/Midsized/Large Matters 39–45
- Shifting the Staffing Mix 46–47
- Considerations for Managing Matter Staffing 48–49


© 2014 CEB. All rights reserved. GCR8919014SYN

Appendix A: Data Tables 50

- High-Level Data Cuts 54
- Industry Analysis 89
- Practice Area Analysis 110
- In-Depth City Analysis for Selected US Cities 162
- International Analysis 188

Appendix B: Methodology Notes 205

Appendix C: Data Methodology 212

- Invoice Information
- Non-Invoice Information
- A Note on US Cities
- Data Methodology





© 2014 CEB. All rights reserved. GCR8919014SYN

# A Letter to Our Readers

Welcome to the fourth edition of *The Real Rate Report®*, the industry's leading data-driven benchmark report for attorney rates and matter costs.

Over the past five years, we have seen an incredible change in the way legal departments use their law firms. With the increase in availability and usage of data such as that found in the Datacert | TyMetrix LegalVIEW® data warehouse, legal departments are getting a better understanding of the actual costs of their matters as well as the potential cost of using different types of law firms. Law firms are also using this information to create more accurate budgeting projections and provide more compelling value for their clients.

This year's data contain more than $16 billion in legal spending data from corporations' and law firms' e-billing and time management solutions as well as other industry sources. The data provide readers a unique look into matter costs by providing actual invoice data and real matter costs at a depth and granularity not available anywhere else. In addition, we have provided more accurate information on specific sub-practice areas, metropolitan areas, and types of matters, giving legal departments and law firms more specific and actionable insight on pinpointing areas of opportunity. Using this information, legal departments and law firms report greater confidence when entering into alternative fee arrangements and more accurate predictions on budgeting and project management.

Our hope is that the information and analysis will not only inform legal departments about hourly rates and total costs but also empower them to make better and more confident decisions that create substantial cost savings and greater satisfaction with the law firms they use.

We strive to make *The Real Rate Report* a valuable and actionable reference tool for legal departments and law firms. As with previous editions of *The Real Rate Report,* we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank you and look forward to continuing the conversation on how legal departments and law firms can collaborate with better clarity and trust.

Warm regards,

Brian K. Lee
Managing Director
CEB Legal Leadership Council

Craig Raeburn
Vice President, Legal Analytics
Datacert | TyMetrix





© 2014 CEB. All rights reserved. GCR8919014SYN

# How to Use This Report

*The Real Rate Report* examines law firm rates over time; identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal); and enumerates variables that drive rates up or down. All the analyses included in the study are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information along with the ranges of those rates and their changes over time highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals. Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether they could generate additional income if they modified their approach.

Affirmatively or intuitively, company purchasers of law firm services usually evaluate law firm rates based on five classic value propositions,[1] which include the following:

- Quality (whether good, poor, or acceptable results are routinely achieved)
- Cost (the price, or rate, paid to achieve results)
- Service (the level of responsiveness and compliance with required processes)
- Speed (how quickly matters or tasks are resolved)
- Innovation (the application of novel solutions to issues or matters)

These value propositions are more or less important across varying practice areas, and their relative values are clearly demonstrated in this study. Delivering fast and excellent results in complicated financial matters is appropriately valued by clients more highly (with resulting higher rates) than is delivering excellent results in routine workers' compensation or real estate matters. The information in this report can assist law firms in considering whether they are properly pricing their services and can further inform the profitability of alternative business models. *The Real Rate Report* can help companies align their past and future paid rates with the value propositions that return the greatest value by practice area.

**New to *The 2014 Real Rate Report***

This 2014 edition of *The Real Rate Report* contains many new analyses that provide added insight on lawyer rates and ultimately matter costs.

**More Granular Practice Areas**

The most notable enhancement to this report is the increased granularity of legal practice areas. Prior editions of *The Real Rate Report* categorized the many different types of legal matters ongoing at client companies into nine key practice areas, including a large catch-all practice area for all types of litigation matters. Due to improvements in the way Datacert | TyMetrix collects and defines invoice data, an expanded catalog of hundreds of individual practice areas—split specifically into litigation and non-litigation work—is now available for analysis. To narrow the scope of the practice area–specific analyses included in *The 2014 Real Rate Report*, we mainly focused on a set of 66 broad practice areas (and in certain cases just the 28 highest level practice areas) that had the largest amount of billing data available for analysis in the LegalVIEW® database. Through this change, companies and law firms now have access to benchmark partner and associates' rates specifically for matters such as non-litigation tax or ERISA litigation, whereas previously reports would have provided only a rate for general corporate work or for litigation in general.

**More Detailed Comparisons by Lawyer Experience Levels**

In addition to more granular practice areas, The 2014 Real Rate *Report* provides more detail on lawyers' levels of experience. Although previous editions of *The Real Rate Report* had data available by years of experience practicing law, especially in the appendix tables, this report presents more direct comparisons of entry-level associates, mid-level associates, and senior associates with relatively inexperienced and experienced partners for many practice areas.

**Analyses on Rate Volatility**

New rate analyses in this 2014 report identify differences in lawyer rates for legal work at similarly sized firms in different regional markets, practice areas with the highest volatility for like timekeepers, and opportunities to negotiate better rates or secure more experienced resources at a greater relative value.

**Updated Model for Lawyer Rates**

*The 2014 Real Rate Report* contains an updated lawyer rate estimation model that now accounts for more than 20 US cities, litigation and non-litigation practice areas, and client industry in addition to the historically meaningful predictors of lawyer rates including firm size, years of experience, and role.

**In-Depth Analyses on Matter Staffing**

Lastly, this 2014 edition includes an entire chapter on matter staffing and how departments and law firms should consider both the length of matters and the mix of resources that bill on each matter to have the greatest control over their matters' total costs.

[1] Dave Ulrich, Jack Zenger, and Norm Smallwood, *Results-Based Leadership*, Boston: Harvard Business Press, 1999.


© 2014 CEB. All rights reserved. GCR8919014SYN

# Executive Summary

Over the past decade, the legal services market has undergone a series of substantial changes disrupting the traditional client–law firm model. The introduction of new legal department technologies and alternative legal service providers has created a more competitive environment for law firms and has provided cheaper alternatives for legal departments. In addition, the global recession, which began in 2008, forced companies to adopt more aggressive cost control efforts that impacted all parts of the business, including corporate legal department budgets. A CEB survey conducted in the midst of the recession revealed that more than half of corporate legal departments cut their budgets in 2009. Not surprisingly, most legal departments focused first on reducing the fees paid to their outside counsel to accomplish this, as outside counsel spending accounted for more than half of a typical legal department's budget.

With this as the backdrop, legal departments have spent an increasing amount of time sifting through data on legal fees to not only ascertain whether they are paying a reasonable amount but also better clarify how they are spending their money—and with whom. To aid them in this effort, we reviewed the data from a subset of Datacert | TyMetrix's LegalVIEW® warehouse, which holds more than $55 billion in actual law firm invoices. We found a number of interesting themes emerge.

**Lawyer Rates Continue to Increase, but They Are Stabilizing**
Lawyer rates have risen in each of the past seven years that we have analyzed lawyer invoices—even despite a significant decline in economic growth in 2008 and 2009. That said, lawyer rate increases in 2013 indicate a stabilizing post-recession trend of approximately 3.7% (which is in line with the previous five-year average), which is a sizeable decrease from pre-recession increases of closer to 7% per year. This rate stabilization occurred for both partners and associates, with associates enjoying a higher rate increase relative to partners. However, the data confirm the stabilizing trend of lower rate increases and the relative increase in negotiating power for legal departments.

**First-Year Associates Are Being Used for Less**
In the past five years, the use of first-year associates has gone from 3.4% of all hours billed to 1.2% in 2013—a decrease of more than 60%. This dramatic decrease is due to several factors, including decreased demand for first-year associate time as legal departments increasingly request that no first-year associates work on their matters. Perhaps as a direct result, first-year associate rate increases have slowed more dramatically than other associates'. Of those first-year associates who do work on matters, they are most often used for corporate, finance, and intellectual property matters. This trend poses potentially serious questions about the quality of law firm training.

**Law Firm Size Has the Largest Impact on Hourly Rates**
Of the more than 350 factors we tested, our analysis this year revealed that law firm size was the biggest driver of law firm rates—even more so than in 2012. In fact, the effect was so large that regardless of the market location or type of work performed, larger firms consistently charged higher rates. These data suggest that larger law firms have been more successful not only in promoting an integrated "one-stop-shop" value proposition but also in obtaining a greater share of large matters.

Location (especially in New York or Washington, DC), years of experience, and the designation as a partner also heavily impacted a lawyer's hourly rate.

**Rates in Some Practice Areas Are More Prone to Negotiation**
Controlling for similar matters of similar lengths, we found notable differences in hourly rates for partners and associates in certain practice areas such as corporate, mergers and acquisitions, and regulatory and compliance matters. In some cases, the typical variation in rates for similar timekeepers in the same practice area was more than $240 an hour. This trend indicates an increased potential for negotiation of rates and suggests that there are material cost savings that can be achieved.

**The Staffing and Length of a Matter Drastically Affects Total Matter Costs**
Although negotiating lawyer rates can impact the total cost of a matter, the number of partners and associates on any given matter often alters the amount and proportion of work done by these individuals. Partners can often provide efficiency and reduce cost (or at least have no impact on costs) for smaller matters. However, for larger matters, partner time can add cost to matters. In fact, our research indicates that in larger matters, increasing partner time by 5% from the average can increase costs by as much as 10%.

In addition, we found that staffing models for matters shift when a firm grows larger than 500 attorneys, with noticeably more associates staffing the same types of matters. This suggests that larger law firms take advantage of associate leverage more readily than smaller firms do and are more willing to staff their deals generously. Interestingly, as firm size increases, the use of paralegals decreases, with work presumably given to junior associates instead. Finally, we found that junior associates were more likely to bill on matters—especially as they become larger—when coupled with a tenured or senior associate. This "handcuff effect" is prevalent within law firm models and suggests a prolonged learning curve for junior associates.

Overall, this report suggests that the legal market, while slowing, is still very healthy, particularly for the largest firms. We see a valuable opportunity for legal departments to examine not only hourly rates but also how law firms staff their matters. Our data confirm that legal departments have already made a noticeable impact in how law firms staff their matters—most notably, with the decreased use of junior associates on their matters. However, legal departments and law firms must continue working to understand how rates and staffing drive total matter costs.


© 2014 CEB. All rights reserved. GCR8919014SYN

# A Note on Comparability of Data

The data used for *The Real Rate Report* include more than $16.2 billion in fees billed for legal services in the United States during the seven-year period from 2007 to 2013. The data comprise fees paid by 90 companies to more than 5,600 law firms and more than 206,000 timekeepers. Table 1 provides a summary description of the US dataset.

In addition, a smaller subset of data is used to provide several analyses on non-United States legal fees. These data are from 2013, including nearly $2 million in legal fees for more than 8,000 lawyers across 103 countries.

The information is not based on surveys, sampling, or reviews of other published information but on anonymized data showing the actual hours and fees law firm personnel billed. Companies participating in this *Real Rate Report* analysis provided written consent for the use of their data. The data used to create this report exclude identifying information of participant companies and of the matters, timekeepers, and law firms billing on those companies' invoices. (For more information on the data methodology, see the Appendix.)

This dataset is large enough to provide valuable guidance and represents a statistically useful portion of the $294 billion annual US legal services business.[2] Am Law 100 firms alone had 2013 revenues of roughly $77.4 billion.[3] This dataset covers approximately 141,000 partners and associates—spread across more than 350 US metropolitan areas.

Again, this sample is large enough to have useful analytical power, but it certainly does not come close to covering all the lawyers in the United States who work for corporate clients. The United States Bureau of Labor Statistics estimates there are more than 592,000 lawyers practicing in the United States—53,100 lawyers in the New York area alone and another 41,500 in the Washington, DC, area.[4]

[2] Bureau of Economic Analysis, "Gross Output by Industry," 2012, http://www.bea.gov/iTable/iTable.cfm?ReqID=51&step=1 #reqid=51&step=51&isuri=1&5114=a&5102=15.
[3] Aric Press, "Am Law 100 Analysis: The Super Rich Get Richer," *The American Lawyer,* 28 April 2014, http://www.americanlawyer.com/id=1202651706887.
[4] Bureau of Labor Statistics, "Chart book: Occupational Employment and Wages," May 2013, http://www.bls.gov/oes/current/oes231011.htm.


© 2014 CEB. All rights reserved. GCR8919014SYN

**Table 1: Overview of the US Legal Fees Data Analyzed by CEB and Datacert | TyMetrix**

| | |
|---|---|
| FEES BILLED | $16.2 BILLION (2007–2013) |
| US LAW FIRMS | 5,650+ |
| LAW FIRM ASSOCIATES | 83,300+ |
| LAW FIRM PARTNERS | 58,800+ |
| TOTAL INDIVIDUAL BILLERS | 206,900+ |
| NUMBER OF INVOICE LINE ITEMS | 51.1 Million |
| TOTAL HOURS BILLED | 50.0 Million |
| NORTH AMERICAN METROPOLITAN AREAS | 300+ |
| NUMBER OF COMPANIES | 90 |
| INDUSTRIES REPRESENTED | Basic Materials and Utilities<br>Consumer Goods<br>Consumer Services (Including Retail)<br>Financial Services (Including Banking and Insurance)<br>Health Care<br>Industrials<br>Technology and Telecommunications |


© 2014 CEB. All rights reserved. GCR8919014SYN

# The Model for Lawyer Rates

Figure 23: Lawyer Rate Model Equation and Coefficients

Expected Lawyer Hourly Rate
=
Firm Size (Number of Lawyers)
+
Law Firm Office Location
+
Lawyer Experience
+
Timekeeper Role
+
Practice Area
+
Client Industry
−
Other Factors

**Firm Size (Number of Lawyers)**

| Lawyers | Adjustment |
|---|---|
| 50 | $190.65 |
| 100 | $224.43 |
| 200 | $258.21 |
| 300 | $277.97 |
| 400 | $291.99 |
| 500 | $302.87 |
| 600 | $311.75 |
| 700 | $319.27 |
| 800 | $325.77 |
| 900 | $331.51 |
| 1,000 | $336.65 |
| 1,250 | $347.52 |
| 1,500 | $356.41 |
| 1,750 | $363.92 |
| 2,000 | $370.43 |

**Law Firm Office Location** (New York through Chicago: Tier 1 Markets)

| Location | Adjustment |
|---|---|
| New York | $201.00 |
| Washington, DC | $157.29 |
| San Jose | $201.12 |
| Los Angeles | $152.58 |
| San Francisco | $131.92 |
| Boston | $114.93 |
| Chicago | $107.24 |
| Houston | $102.63 |
| San Diego | $94.49 |
| Austin | $72.71 |
| San Antonio | $71.20 |
| Dallas | $69.62 |
| Philadelphia | $66.37 |
| Atlanta | $65.74 |
| Sacramento | $61.66 |
| Baltimore | $61.06 |
| Minneapolis | $56.93 |
| Denver | $43.91 |
| Las Vegas | $43.33 |
| Charlotte | $39.95 |
| Detroit | $34.35 |
| Pittsburgh | ($21.59) |
| Nashville | ($36.82) |
| Buffalo | ($37.57) |
| Syracuse | ($49.22) |

**Lawyer Experience:** $43.12 per 10 Years' Experience

**Timekeeper Role:** $97.33 if Partner

**Practice Area**

| | Practice Area Adjustment | Litigation Adjustment |
|---|---|---|
| Antitrust and Competition | $34.81 | $16.03 |
| Bankruptcy and Collections | ($35.73) | $7.57 |
| Corporate | $52.61 | ($34.62) |
| Finance and Securities | $75.36 | ($59.57) |
| General Liability Litigation | n/a | ($33.95) |
| Government Relations | ($42.00) | $173.34 |
| Investments and Financial Instruments | $42.87 | ($36.52) |
| Marketing and Advertising | $37.38 | $19.16 |
| Mergers and Acquisitions | $74.45 | ($79.71) |
| Partnerships and JVs | $48.58 | ($39.78) |
| Patents | $21.52 | $45.90 |
| Real Estate | $16.84 | ($25.74) |
| Regulatory and Compliance | $21.86 | $9.37 |
| SEC Filings and Reporting | $81.65 | ($32.37) |
| Tax | $34.08 | ($54.08) |
| Trademarks | $9.93 | $35.68 |

**Client Industry**

| Industry | Adjustment |
|---|---|
| Automobiles and Parts | ($30.95) |
| Banks | ($15.79) |
| Construction and Materials | ($53.41) |
| Financial Services | $63.83 |
| Health Care | ($16.00) |
| Industrial Goods and Services | ($16.04) |
| Insurance | ($78.08) |
| Internet and E-Commerce | $22.21 |
| Personal Household Goods | $42.78 |
| Real Estate | ($49.22) |
| Retail | ($45.92) |

**Other Factors:** Adjustment for Other Factors: ($60.01)


© 2014 CEB. All rights reserved. GCR8919014SYN