UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Sami Guedoir,** et al.,

    Defendants.

Case No. 2:14-CV-00930-TLN-AC

**[PROPOSED] ORDER**

Having read the forgoing request, it is hereby ordered that the Debtor Examination of Sami Guedoir set for hearing on November 22, 2017 is vacated.

Dated: November 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE