# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**, 

    Plaintiff,

v.

**Sami Guedoir,** et al.,

    Defendants.

Case: 2:14-CV-00930-TLN-AC

**[PROPOSED]** ORDER ON REQUEST TO VACATE DEBTOR EXAM

Date: 10/2/19
Time: 10:00 am
Courtroom: 26

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Nadia Guedoir, scheduled for 10/2/19 is vacated.

Dated: October 1, 2019  _____

                                        ALLISON CLAIRE
                                        US MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam